# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number **SACR17-00061**
U.S.A. v. James Chen

Defendant Number 1
Year of Birth 1969

☐ Indictment  ☑ Information
Investigative agency (FBI, DEA, etc.) DCIS/FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a :

☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense
☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense  January-June 2015

c. County in which first offense occurred
Orange

d. The crimes charged are alleged to have been committed in:
**CHECK ALL THAT APPLY**

☑ Los Angeles  ☐ Ventura
☑ Orange  ☐ Santa Barbara
☐ Riverside  ☐ San Luis Obispo
☐ San Bernardino  ☐ Other _____

Citation of Offense  18 U.S.C. Sec. 1347

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)  ☐ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☑ No  ☐ Yes

IF YES  Case Number  N/A

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**  N/A

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  N/A
Case Number  N/A
Charging  N/A

The complaint:  ☐ is still pending
☐ was dismissed on:  N/A

### PREVIOUS COUNSEL

Was defendant previously represented?  ☐ No  ☐ Yes
IF YES, provide Name:  N/A
Phone Number:  N/A

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*  ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*  ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**  ☐ Yes  ☑ No
This is the  N/A  superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
N/A

Case Number  N/A
The superseded case:

☐ is still pending before Judge/Magistrate Judge
N/A

☐ was previously dismissed on  N/A
Are there 8 or more defendants in the superseding case?
☐ Yes*  ☐ No
Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*  ☐ No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes  ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  ☐ YES  ☑ NO
IF YES, list language and/or dialect:
N/A

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien
Alias Name(s)  N/A

This defendant is charged in:  ☑ All counts
☐ Only counts: N/A
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud  ☐ public corruption
☐ government fraud  ☐ tax offenses
☐ environmental issues  ☐ mail/wire fraud
☐ narcotics offenses  ☐ immigration offenses
☐ violent crimes/firearms  ☐ corporate fraud
☑ Other  health care fraud

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint:  n/a: surrender
b. Posted bond at complaint level on:  N/A
   in the amount of $ N/A
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district:
   N/A

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution:  N/A
c. If Federal: U.S. Marshal's Registration Number:
   N/A
d. ☐ Solely on this charge.  Date and time of arrest:
   N/A
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court:  N/A
Date transferred to federal custody:  N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  N/A

Date  06/16/2017

/s/
Signature of Assistant U.S. Attorney
Mark Aveis
Print Name