# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　PLAINTIFF<br>　　　v.<br>JAMES CHEN,<br>　　　　　　　　　DEFENDANT(S) | CASE NUMBER<br><br>SA CR **SACR17-00061**<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

　　　Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. John Garbino</u>, Case No. SA CR 16-100-DOC, which:

　　　__X__　　was previously assigned to the Honorable David O. Carter;

　　　_____　　has not been previously assigned.

The above-entitled cases may be related for the following reasons:

　　　__X__　　the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

　　　__X__　　the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

　　　Additional explanation (if any):

Dated: June 16, 2017　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　AUSA MARK AVEIS
　　　　　　　　　　　　　　　　　　Assistant United States Attorney