SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1225
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333; F: (949) 523-3003

**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JAMES CHEN, <br> Defendant. | CASE NO. 8:17-CR-00061-DOC <br> **ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING** [48] |

Having reviewed the joint Stipulation submitted by the parties, by and through their respective counsel of record, it is hereby ORDERED that:

The sentencing hearing in the above captioned matter now set on December **16**, 2019 at 1:30 pm, is continued to **June 1, 2020**, at 1:30 pm.

**IT IS SO ORDERED:**

Dated: November 18, 2019

_David O. Carter_
Honorable DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Jointly Presented by:

MARK AVEIS
Assistant United States Attorney

ELIOT F. KRIEGER
SKT Law, P.C.